**Motion granted; Order filed July 7, 2016.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-01050-CR
_____

**TINAKO HARRISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1390802**

## ORDER

Appellant's court-appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. Appellant's counsel filed a motion requesting the record be provided to appellant. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 248th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **July 22, 2016;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM